IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER CHRAMOSTA and TRENT L. KINGSLEY,<br><br>              Defendants. | 4:13CR3086<br><br>**MEMORANDUM AND ORDER** |

Government has moved to continue the pretrial motion deadline, (filing no. 34), because discovery is still being provided to the defendants and they need to review that discovery before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

    1)    Government's motion to continue, (filing no. 34), is granted.

    2)    **As to both defendants**, pretrial motions and briefs shall be filed on or before August 9, 2013.

    3)    **As to both defendants**, trial of this case remains scheduled to commence on August 26, 2013.

July 30, 2013.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*<br>
                                                  United States Magistrate Judge