IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:13CR3086 |
| v. | ) | |
| CHRISTOPHER CHRAMOSTA, | ) | ORDER |
| Defendant. | ) | |

This case was not reached on the undersigned's trial docket for the week of August 26, 2013. Accordingly,

IT IS ORDERED that:

(1) The trial of this matter is continued until further order of the court.

(2) This matter is referred to Magistrate Judge Zwart for rescheduling trial.

(3) The time between today's date and the new trial date is excluded from computation under the Speedy Trial Act in the interests of justice. *See* 18 U.S.C. § 3161.

(4) The Clerk of Court shall provide a copy of this order to Magistrate Judge Zwart.

DATED this 23rd day of August, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge