IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER P. CHRAMOSTA and TRENT L. KINGSLEY,<br><br>Defendants. | 4:13-CR-3086<br><br>**FINAL ORDER OF FORFEITURE** |

    This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture. Filing 105. On February 25, 2014, the Court entered a Preliminary Order of Forfeiture (filing 81) pursuant to 21 U.S.C. § 853, based upon the defendants' pleas of guilty to violating 21 U.S.C. §§ 841 and 846, and their admissions of the forfeiture allegations contained in the indictment and information. *See*, filings 10, 58, 64, and filing 74 at pp. 15, 22. By way of the Preliminary Order of Forfeiture, the defendants forfeited to the United States their interests in the following properties:

(a)     $39,748.00 in United States currency seized from Trent Kingsley on March 11, 2013.

(b)     $64,810.00 in United States currency seized from packages Christopher P. Chramosta placed in the mail on May 22, 2013.

(c)     Diamond engagement ring, white gold with 1.50 CT center stone surrounded by .81 CT total weight smaller stones, purchased by Trent Kingsley in February 2013.

(d)     2012 BMW 550i sedan, VIN WBAFU9C52CDY70045.

(e)     A silver Apple MacBook Air, serial no. C02GLY3XDJWT.

    (f)    A black/silver Apple desktop computer, A1312100-240V, FCCID – QDS-BRCM1029.[1]

As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on February 26, 2014, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 104) was filed on May 28, 2014. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 105) is granted.

2. All right, title, and interest in and to the properties described above are hereby forever barred and foreclosed.

3. The above properties are forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the properties described above in accordance with law.

DATED this 13th day of August, 2014.

BY THE COURT:

_John M. Gerrard_ (signature)
John M. Gerrard
United States District Judge

---

[1] Defendant Christopher Chramosta has also agreed to entry of a forfeiture money judgment against himself, which the Court has addressed separately.