IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:13CR3086 |
| vs. | ) | |
| | ) | |
| CHRISTOPHER CHRAMOSTA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is the request for transcript of hearing held on July 16, 2014, [144].

IT IS ORDERED:

1. The request for transcript, filing [144] is granted.

2. Christopher Chramosta, is ordered to pay to the Clerk of Court the amount of $106.25. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $106.25, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on July 16, 2014. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

Dated: May 4, 2015.

BY THE COURT:

s/ John M. Gerrard
United States District Judge