IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER CHRAMOSTA<br><br>　　　　　Defendant. | Case No. 4:13CR3086<br><br>ORDER |

　　　Before the Court is the request for transcript of hearing held on July 16, 2014 and the transcript filing number 149.

　　　IT IS ORDERED:

　　　1.　　Christopher Chramosta, submitted a deposit with the Clerk of Court in the amount of $106.25. The actual cost of the transcript is $109.50.

　　　2.　　Pursuant to the Order entered May 4, 2015, Christopher Chramosta is ordered to submit $3.25 to the Clerk of Court.

　　　3.　　The Clerk of Court shall send a copy of this order to Christopher Chramosta at his last known address.

DATED: July 20, 2015

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ John M. Gerrard
　　　　　　　　　　　　　　　　　United States District Judge